# Court of Appeals
# of the State of Georgia

ATLANTA,  May 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1575. KEVIN MICHAEL MARABLE v. THE STATE**

Kevin Michael Marable's **Motion to Withdraw Appeal** is in compliance with the provisions of Rule 41(g) and is otherwise in order. Accordingly, this motion is **GRANTED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/09/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*